# EXHIBIT 1

DocuSign Envelope ID: 74A10E19-B91B-4D68-9C24-4B6772SC8DF9
Case 3:21-mc-80067-SK Document 1-2 Filed 01/12/21 Page 2 of 5
Case 2:20-cv-00240-JRG Document 29-1 Filed 08/21/20 Page 1 of 4 PageID #: 2967

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>    Plaintiff,<br><br>  v.<br><br>CORNERSHOP TECHNOLOGIES, INC.;<br>CORNERSHOP TECHNOLOGIES LLC;<br>DELIVERY TECHNOLOGIES US, INC.;<br>DOES 1-10,<br><br>    Defendant. | Civil Action No. 2:20-cv-00240-JRG |

**DECLARATION OF JUAN PABLO CUEVAS IN SUPPORT OF
CORNERSHOP'S RESPONSE TO PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION AND MOTION FOR EXPEDITED DISCOVERY**

I, Juan Pablo Cuevas, declare:

      1.  I am co-founder of Cornershop Technologies, Inc. and currently serve as its Chief Operating Officer and Vice President of Products. I have been involved with Cornershop's business development since its formation in Chile in 2015. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently as to them.

      2.  Cornershop is one of the largest delivery apps in Latin America. It facilitates grocery delivery services to customers by Cornershop's shoppers from local brick-and-mortar stores. It operates in countries including Chile, Brazil, Peru, Columbia, Mexico, and Canada. Cornershop's virtual storefronts in those countries contain pictures, descriptions, and prices of products available for purchase.

      3.  Cornershop operates more than a thousand storefronts throughout Latin America. To the best of my knowledge, Instacart does not operate in Latin America.

      4.  Cornershop provides an additional channel for its partner grocers to promote their products. Cornershop's partner grocers in Latin America frequently ask Cornershop to rely on their websites to populate product images, descriptions, and prices in their corresponding virtual storefronts on Cornershop's platform. This ensures that the information is consistent, accurate, and recent. To my knowledge, Cornershop has not received complaints from Latin American grocers for its routine sourcing of product images and information from them. This is true even for U.S. based companies, like Walmart, which operate in Latin America.

      5.  Since its founding in 2015, Cornershop has had approximately 1,500 employees, 2,000 vendors, and 100,000 contractors. Among Cornershop's contractors are shoppers who pick

up groceries from physical stores and deliver them to Cornershop's customers on a transactional basis.

6. Many factors have contributed to Cornershop's success. An important factor has been the quality of its customer service. Our motto is "groceries delivered in 1 hour," and we never cease striving to meet that goal. Cornershop attracts skilled shoppers who are resourceful at locating products, careful at bagging and delivering fragile groceries, and on time.

7. Equally important is Cornershop's sleek front end app, which is user-friendly and easy to navigate. Users can, for example, search and sort products among different stores, apply product promotions, add delivery instructions, set preferred delivery time, review details of the assigned shopper, and track the delivery in real-time. A popular feature of Cornershop's app is its notification feature. This feature notifies a customer when the Cornershop shopper has begun shopping so that the customer can contact the shopper directly with instructions, if so desired.

8. Another factor that has contributed to Cornershop's success is its experience and success with recruiting partner grocers. Partnerships reduce price markups and increase sales. For its initial launch in Chile, Cornershop partnered with very small stores belonging to the founders' friends. It similarly launched in Brazil and Peru with no partners at all. Today, Cornershop has thousands of partners in these countries.

9. Product images and information on Cornershop's virtual storefronts can be obtained from many sources. The specific product information and images displayed on Cornershop's storefronts are not the reason for its business success. After Cornershop removed from its U.S. platform images and product information sourced from Instacart in July, it witnessed little impact on sales and actually gained several partner grocers.

10. Cornershop launched 50 virtual storefronts in the U.S. in May of this year serving customers in Miami, Florida and Dallas, Texas only. Today, it operates 77 virtual storefronts in Tampa, Orlando, Jacksonville, Dallas, and Miami.

11. I am aware that Instacart sent a cease-and-desist letter to Cornershop on July 13, 2020. Upon receiving that letter, Cornershop immediately instructed its third party vendor, DataWeave, to cease obtaining data and images from Instacart's websites. I understand that DataWeave followed our instruction. I have informed the employees who direct data gathering for grocery items that Instacart sites should never be scraped going forward.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 21st day of August 2020, at Santiago, Chile.



Juan Pablo Cuevas

sf-4320578