# EXHIBIT 8



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Sarah Salomon**
(415) 962 8828
ssalomon@keker.com

December 2, 2020

**VIA ELECTRONIC MAIL**

Melody Drummond Hansen
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
mdrummondhansen@omm.com

Re:   *Maplebear Inc. dba Instacart v. Cornershop Technologies, Inc., et al.*, Case No. 2:20-CV-00240-JRG (E.D. Tex.)

Dear Melody:

Please find below the search terms Instacart proposes Uber utilize to conduct an email search in response to Instacart's subpoena, dated October 14, 2020:

- Cornershop* w/100 (scrap* OR copy* OR bot OR bots OR crawl* OR spider* OR violat* OR trad*)
- Cornershop* w/50 Instacart*
- Instacart* w/100 (catalog* OR image* OR product* OR storefront* OR "store front*" OR retail*)
- Cornershop AND (Texas OR Dallas OR Florida OR Miami OR launch*)
- Cornershop* w/100 ("business plan*" OR budget* OR projection* OR model* OR analy* OR valuat*) AND ("United States" OR "North America*" OR "U.S." OR "American")
- Cornershop* w/100 (risk* or benefit* or cost*) AND ("United States" OR "North America*" OR "U.S." OR "American")

Instacart further proposes a date limitation of April 2019-present for Uber's search.

It is Uber's obligation to conduct a diligent search for documents responsive to Instacart's subpoena. Instacart is providing these proposed search terms as a courtesy and at Uber's request. But, by providing these proposed terms, Instacart in no way limits Uber's obligation to conduct a diligent search. In addition to an email search, Uber must also conduct targeted searches in any

1614557

Melody Drummond Hansen  VIA ELECTRONIC MAIL
December 2, 2020
Page 2

central repositories (including, but not limited to, any collaboration platforms, cloud-based storage, or information management systems employed by Uber) for responsive documents.

\*\*\*

Please let us know no later than Monday, December 7 whether you will agree to run these email search terms in addition to conducting a targeted search for responsive documents. We look forward to receiving your custodian proposal.

Very truly yours,

KEKER, VAN NEST & PETERS LLP

Sarah Salomon

SS:sm

1614557