KEKER, VAN NEST & PETERS LLP
SHARIF E. JACOB - # 257546
sjacob@keker.com
NICHOLAS GOLDBERG - # 273614
ngoldberg@keker.com
PUJA PARIKH - # 331823
pparikh@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff
Maplebear, Inc. dba Instacart

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>                          Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                          Defendant. | Misc. Case No. 3:21-mc-80007<br><br>[*underlying* action:  United States District Court for the Eastern District of Texas, Case No. 2:20-cv-00240-JRG]<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF MAPLEBEAR INC. DBA INSTACART'S MOTION TO COMPEL UBER TECHNOLOGIES, INC.'S COMPLIANCE WITH SUBPOENA**<br><br>Date:<br><br>Time:<br><br>Judge: |

1

[PROPOSED] ORDER GRANTING PLAINTIFF MAPLEBEAR INC. DBA INSTACART'S MOTION
TO COMPEL UBER TECHNOLOGIES, INC.'S COMPLIANCE WITH SUBPOENA
Case No.

1629829

Before the Court is Maplebear Inc. dba Instacart's ("Instacart") Motion to Compel Uber Technologies, Inc. ("Uber") Compliance with Rule 45 Subpoena. After consideration of said Motion, the Court hereby GRANTS Instacart's motion. Uber shall produce all non-privileged documents responsive to Instacart's subpoena within seven (7) days of this Order, as well as designate one or more person(s) most knowledgeable to testify on the deposition topics in the subpoena.

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING PLAINTIFF MAPLEBEAR INC. DBA INSTACART'S MOTION TO COMPEL UBER TECHNOLOGIES, INC.'S COMPLIANCE WITH SUBPOENA
Case No.

1629829