UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPLEBEAR INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 21-mc-80007-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Regarding Docket No. 1 |

On January 12, 2021, Maplebear, Inc. doing business as Instacart ("Instacart") filed this miscellaneous matter to compel compliance with a subpoena it issued to Uber Technologies, Incorporated ("Uber"). The Court HEREBY SETS the following briefing schedule on the motion to compel:

(1) Uber shall file its opposition or statement of non-opposition by no later than January 22, 2021; and

(2) Instacart's reply, if any, is due to be filed by no later than January 27, 2021.

The Court will schedule a hearing at a later date, if necessary. Instacart shall serve a copy of this Order on Uber by no later than by no later than noon on January 15, 2021 and file a proof of service by no later than January 19, 2021. Instacart shall serve Uber in the same manner it served its motion to compel, by electronic and overnight mail.

**IT IS SO ORDERED**.

Dated: January 14, 2021

_____
SALLIE KIM
United States Magistrate Judge