KEKER, VAN NEST & PETERS LLP
SHARIF E. JACOB - # 257546
sjacob@keker.com
NICHOLAS GOLDBERG - # 273614
ngoldberg@keker.com
PUJA PARIKH - # 331823
pparikh@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff
Maplebear, Inc. dba Instacart

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>               Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>               Defendant. | Misc. Case No. 3:21-mc-80007-SK<br><br>[*underlying* action: United States District Court for the Eastern District of Texas, Case No. 2:20-cv-00240-JRG]<br><br>**CERTFICATE OF SERVICE RE ORDER SETTING BRIEFING SCHEDULE** |

1
CERTIFICATE OF SERVICE
Case No.

1517937

**CERTIFICATE OF SERVICE**

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **January 14, 2021**, I served the following document(s):

- **ORDER SETTING BRIEFINGSCHEDULE**

☑ by **FEDEX**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

Melody Drummond Hansen
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Tel: 650-473-2636
Email: mdrummondhansen@omm.com

Executed on January 14, 2021, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Susan Hope*
Susan Hope