| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>SHARIF E. JACOB - # 257546<br>sjacob@keker.com<br>NICHOLAS S. GOLDBERG - # 273614<br>ngoldberg@keker.com<br>PUJA PARIKH - # 331823<br>pparikh@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Plaintiff<br>MAPLEBEAR, INC. DBA INSTACART | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No. 3:21-mc-80007-SK<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS FROM THE DOCKET; DKT. NOS. 1 AND 1-11**<br><br>[*underlying action*: United States District Court for the Eastern District of Texas, Case No. 2:20-cv-00240-JRG]<br><br>Dept.:     Courtroom C-15th Floor<br>Judge:    Hon. Sallie Kim<br><br>Date Filed: January 12, 2021 |

PLEASE TAKE NOTICE that Plaintiff Maplebear Inc. dba Instacart ("Instacart") respectfully submits this administrative Motion to Remove Incorrectly Filed Documents from the Docket.  On January 12, 2021, Instacart filed a Motion to Compel Uber Technologies, Inc.'s Compliance with Subpoena [Dkt. 1] and a supporting Declaration of Puja Parikh [Dkt. 1-1] with accompanying exhibits.  Instacart inadvertently filed the Motion and Exhibit 10 to the Parikh Declaration [Dkts. 1, 1-11] publicly with information that Cornershop Technologies Inc. ("Cornershop") has designated as "Attorney's Eyes Only."

Specifically, Exhibit 10 [Dkt. 1-11] to the Parikh Declaration contains excerpts of Cornershop's Responses to Instacart's Second Set of Interrogatories, which Cornershop has designated as "Attorney's Eyes Only" in the underlying action, *Maplebear Inc. dba Instacart v. Cornershop Technologies, Inc., Cornershop Technologies LLC, Delivery Technologies US, Inc., and Does 1-10*, Case No. 2:20-cv-00240-JRG (E.D. Tex).  Additionally, page 7, lines 17–19 of Instacart's Motion to Compel [Dkt. 1] includes a quotation from the Cornershop interrogatory responses attached as Exhibit 10 to the Parikh Declaration.  After close of business on January 14, 2021, Cornershop's counsel informed counsel for Instacart of this mistake.  Promptly after receiving this notification from Cornershop's counsel, pursuant to the instructions on the Court's website, Instacart's counsel emailed the docket correction clerk and left a voice message with the ECF Help Desk.

Instacart now respectfully requests that Dkt. Nos. 1 and 1-11 be removed from the docket.  Instacart will re-file corrected versions.

Respectfully submitted,

Dated:  January 14, 2021                KEKER, VAN NEST & PETERS LLP

By:  /s/Nicholas S. Goldberg
SHARIF E. JACOB
NICHOLAS S. GOLDBERG
PUJA PARIKH

Attorneys for Plaintiff
MAPLEBEAR, INC. DBA INSTACART